FILED by YH D.C.

Mar 2, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20123-CR-BLOOM/OTAZO-REYES

18 U.S.C. § 2339B(a)(1)
18 U.S.C. § 981(a)(1)(G)

UNITED STATES OF AMERICA

v.

EMRAAN ALI,
    a/k/a "Abu Jihad TNT,"

           Defendant.
                                       /

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Providing Material Support to
### a Foreign Terrorist Organization
### (18 U.S.C. § 2339B(a)(1))

Between in or around March 2015, and on or about March 17, 2019, at a place outside the United States, with Miami-Dade County, in the Southern District of Florida, being the district where the defendant was first brought, the defendant,

**EMRAAN ALI,**
**a/k/a "Abu Jihad TNT,"**

did provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b)(1), including but not limited to, financial services, weapons, and personnel to a Foreign Terrorist Organization, that is, ISIS, knowing that ISIS has engaged and engages in terrorist activity, as defined in Title 8, United States Code, Section 1182(a)(3)(B); all in violation of Title 18, United States Code, Section 2339B(a)(1).

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property, in which the defendant, **EMRAAN ALI**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2339B(a)(1), as alleged in this Indictment, the defendant shall forfeit to the United States all right, title, and interest in all assets, foreign or domestic:

    a. of any individual, entity, or organization engaged in planning or perpetrating the Federal crime of terrorism alleged in this Indictment against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization;

    b. acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing the Federal crime of terrorism alleged in this Indictment against the United States, citizens or residents of the United States, or their property;

    c. derived from, involved in, or used or intended to be used to commit the Federal crime of terrorism alleged in this Indictment against the United States, citizens or residents of the United States, or their property; and

    d. of any individual, entity, or organization engaged in planning or perpetrating the act of international terrorism alleged in this Indictment against any international organization or against any foreign Government.

All pursuant to Title 18, United States Code, Section 981(a)(1)(G), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

*M.X.W_/_ for:*

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JONATHAN D. STRATTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

EMRAAN ALI, a/k/a "Abu Jihad TNT,"

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
✓ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New defendant(s)         Yes ___   No ___
Number of new defendants ___
Total number of counts   ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)    No
   List language and/or dialect   _____

4. This case will take  4-5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                           (Check only one)

   I    0 to 5 days         ✓           Petty       ___
   II   6 to 10 days        ___         Minor       ___
   III  11 to 20 days       ___         Misdem.     ___
   IV   21 to 60 days       ___         Felony      ✓
   V    61 days and over    ___

6. Has this case previously been filed in this District Court?    (Yes or No)   No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)   Yes
   If yes: Magistrate Case No.  19-mj-03949-Torres
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___   No ✓

_____
JONATHAN D. STRATTON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 93075

*Penalty Sheet(s) attached                                            REV 8/13/2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  EMRAAN ALI, a/k/a "Abu Jihad TNT"

**Case No:** _____

Count: 1

Providing Material Support to a Foreign Terrorist Organization

Title 18, United States Code, Section 2339B(a)(1)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**