# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO: 21-20123-cr-BLOOM

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**EMRAAN ALI,**

      Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On April 6, 2021, Chief Judge K. Michael Moore entered Administrative Order 2021-33. In that Order, Judge Moore stated that all jury trials in the Southern District of Florida scheduled to begin on or after March 30, 2020, are continued until July 6, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that this case set for trial May 3, 2021 shall be Continued**.** The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial.   As a result, the period of delay resulting from this continuance, *i.e*., from the date the order was entered, April 12, 2021, to including the date trial commences, is excludable time under the Speedy Trial Act.   *See* 18 U.S.C. § 3161.

**THIS CAUSE** is set for **Criminal Jury Trial** at the Wilkie D. Ferguson, Jr., Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida, during the two-week period commencing at **9:00 a.m. on Tuesday, July 6, 2021**, or as soon thereafter as the case may be called.   A **Calendar Call** will be held at **10:00 am. on Tuesday, June 29, 2021** at the Wilkie D. Ferguson, Jr. Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida.   The deadline for the tendering of any guilty pleas is set for **Friday, June 25, 2021.**   *See, e.g., United*

1

CASE NO. 21-CR-20123-BLOOM

*States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)). All Pre-Trial Motions, including Motions to Suppress and Motions *in Limine* shall be filed with the Court prior to Calendar Call.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 12, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record