UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20123-BLOOM/OTAZO-REYES

UNITED STATES OF AMERICA

vs.

EMRAAN ALI,
    a/k/a "Abu Jihad TNT,"

    Defendant.
_____/

**UNITED STATES' NOTICE OF INTENT
TO INTRODUCE EXPERT TESTIMONY**

The United States of America, by and through the undersigned Assistant United States Attorney, files this Notice of Intent to Introduce Expert Testimony, pursuant to Federal Rule of Evidence 702. Pursuant to federal Rule of Criminal Procedure 16(a)(1)(G), the United States provides the following summary of the expert testimony it will seek to introduce at trial:

**Hassan Hassan, Director of the Human Security Unit, Newslines Institute for Strategy and Policy and Editor-in-Chief of Newslines Magazine**

<u>Training/Qualifications</u>: A copy of Mr. Hassan's CV was provided to defense counsel on June 25, 2021. Mr. Hassan is from Syria, where he received his B.A. in English Language & Literature from the University of Damascus. Mr. Hassan thereafter received his M.A. in International Relations from the University of Nottingham, School of Politics and International Relations.

Mr. Hassan is currently the Director of the Non-State Actors in Fragile Environments Program at the Center for Global Policy in Washington, D.C. where he focuses his work on developing U.S. foreign policy for foreign terrorist organizations including ISIS. Mr.

Hassan is the co-author of *ISIS: Inside the Army of Terror* (with Michael Weiss), a critically acclaimed book on the New York Times bestsellers list and selected as one of the Wall Street Journal's top ten books on terrorism. Mr. Hassan's writings on terrorism and ISIS have also appeared regularly in *The Atlantic, Foreign Policy, The Guardian, Foreign Affairs, New York Times, the Daily Beast, Financial Times*, as well as various academic and policy publications.

Mr. Hassan also conducts training on extremism and the Middle East at various U.S. government agencies, including the Foreign Service Institute, and has previously testified before Congress

<u>Summary of Testimony/Opinion and Basis</u>:  Mr. Hassan will testify regarding the following ISIS topics:

1. Founding and origination;
2. Methodology and recruiting practices, particularly for foreign fighters;
3. ISIS's practices for the arrival of new foreign fighters from the Turkey-Syria border;
4. New recruits' military and religious training;
5. The timeline and progression of the war between ISIS and Syrian Democratic Forces, particularly from March 2015 until ISIS's defeat;
6. ISIS members' ability to leave the regime; and
7. ISIS bureaucracy, including various roles of ISIS members and ISIS's record and log keeping.

Having made this disclosure, the government hereby requests a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703, or 705

of the Federal Rules of Evidence, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.

                    Respectfully submitted,

                    JUAN ANTONIO GONZALEZ
                    ACTING UNITED STATES ATTORNEY

By:  *s/ Jonathan D. Stratton*
       JONATHAN D. STRATTON
       ASSISTANT UNITED STATES ATTORNEY
       Florida Bar No. 0093075
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel: (305) 961-9151
       Email: jonathan.stratton@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record via Notices of Electronic Filing generated by CM/ECF.

s/ *Jonathan D. Stratton*
JONATHAN D. STRATTON
Assistant United States Attorney
