UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-20123-BLOOM

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**EMRAAN ALI,**

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court following a status conference held in open court. The Defendant requested that his *Ore Tenus* Motion to Continue Trial be considered. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.** The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motion was raised, January 11, 2022 to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

**THIS CAUSE** is set for **Criminal Jury Trial** at the Wilkie D. Ferguson, Jr., Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida, during the two-week period commencing at **9:00 a.m. on Monday, October 24, 2022**, or as soon thereafter as the case may be called. A **Calendar Call** will be held at **1:30 p.m. on Tuesday, October 18, 2022** at the Wilkie D. Ferguson Jr., Courthouse, 400 North Miami Avenue, Courtroom 10-2, Miami, Florida. The deadline for the tendering of any guilty pleas is set for **October 21, 2022.** *See, e.g., United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d

1

CASE NO. 21-20123-CR-BLOOM

863, 868 (5th Cir. 1977)). All Pre-Trial Motions, including Motions to Suppress and Motions *in Limine,* shall be filed with the Court prior to Calendar Call.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 11, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record